1244

No. 99–1735. BROOKS *v.* DELTA AIR LINES. C. A. 11th Cir. Certiorari denied.

No. 99–1736. OSTERBERG ET UX. *v.* PECA. Sup. Ct. Tex. Certiorari denied.

No. 99–1740. ATLAS TURNER, INC. *v.* HAMILTON, INDIVIDU-ALLY AND AS EXECUTRIX OF THE ESTATE OF HAMILTON, DE-CEASED. C. A. 2d Cir. Certiorari denied.

No. 99–1755. HENDERSON *v.* SHEAHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1778. HAMAMCY *v.* TEXAS BOARD OF MEDICAL EXAM-INERS. C. A. 5th Cir. Certiorari denied.

No. 99–1782. SUMMERFIELD HOUSING LIMITED PARTNERSHIP *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–1785. THAYER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–1797. BRECK ET AL. *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1806. WILLETT *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1816. ZUNAMON ET AL. *v.* BOWER, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1818. RAMBACHER ET VIR *v.* COMMISSIONER OF INTER-NAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 99–1831. CAMPILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1832. HIDALGO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.